UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA WEBBER,<br><br>                Plaintiff,<br>    v.<br><br>CAROLYN W. COLVIN,<br><br>                Defendant. | No. C13-0890RSL<br><br>ORDER REMANDING MATTER TO COMMISSIONER OF SOCIAL SECURITY |

This matter comes before the Court on remand from the United States Court of Appeals for the Ninth Circuit. The final decision of the Commissioner has been REVERSED and this case is REMANDED to the Social Security Administration for further proceedings not inconsistent with the Ninth Circuit's Memorandum Disposition.

Dated this 3rd day of January, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY